UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-CV-469

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **JAMES S. LIVERMON III** |
| MEHERRIN AGRICULTURAL & | ) | |
| CHEMICAL COMPANY, and | ) | |
| WILLIAM PATRICK TAYLOR | ) | |
| | ) | |
| Defendants | ) | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for defendants Meherrin Agricultural & Chemical Company and William Patrick Taylor and requests that copies of all notices and other papers in this proceeding be served upon the undersigned at the address set forth below.

Respectfully submitted this the 18th day of June, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

By:    */s/ James S. Livermon III*
James S. Livermon III
(N.C. State Bar No. 26492)
Jesse A. Schaefer
(N.C. State Bar No. 44773)
Zachary S. Buckheit
(N.C. State Bar No. 55123)
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: (919) 755-2148
Email: charlie.livermon@wbd-us.com
          jesse.schaefer@wbd-us.com
          zach.buckheit@wbd-us.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on June 18, 2025, a copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF system.

Respectfully submitted this the 18th day of June, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

By:     */s/ Zachary S. Buckheit*
        James S. Livermon III
        (N.C. State Bar No. 26492)
        Jesse A. Schaefer
        (N.C. State Bar No. 44773)
        Zachary S. Buckheit
        (N.C. State Bar No. 55123)
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Phone: (919) 755-2166
        Email: charlie.livermon@wbd-us.com
                jesse.schaefer@wbd-us.com
                zach.buckheit@wbd-us.com

        *Attorneys for Defendants*