| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEHERRIN AGRICULTURAL <br> & CHEMICAL COMPANY, and <br> WILLIAM PATRICK TAYLOR, <br> Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Meryl Macklin of Bryan Cave Leighton Paisner LLP as counsel of record for Plaintiff Nutrien Ag Solutions, Inc.

Meryl Macklin certifies that she is a member in good standing of the bar of California and the bar of Pennsylvania. She further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Meryl Macklin is appearing in the above-captioned civil action in association with Colin D. Dailey of Bryan Cave Leighton Paisner LLP. Mr. Dailey is an active member in good standing of the bar of this Court. Mr. Dailey and Ms. Macklin acknowledge that Mr.

Dailey must sign all pleadings and papers, except for certificates of service. Mr. Dailey further certifies he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Respectfully submitted this the 1st day of July, 2025.

*/s/ Colin D. Dailey*
Colin D. Dailey (NC Bar No. 54408)
BRYAN CAVE LEIGHTON PAISNER LLP
One Wells Fargo Center
301 S. College Street
Suite 2150
Charlotte, NC 28202
Telephone: (704) 749-8950
Email: colin.dailey@bclplaw.com

*Attorneys for Plaintiff Nutrien Ag Solutions, Inc.*

*/s/ Meryl Macklin*
Meryl Macklin
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center
7th Floor
San Francisco, California 94114
Telephone: (415) 268-1981
Email: meryl.macklin@bclplaw.com.

*Attorneys for Plaintiff Nutrien Ag Solutions, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this day a copy of the foregoing **SPECIAL NOTICE OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF system, which will provide a notice of electronic filing to all counsel of record.

Respectfully submitted this the 1st day of July, 2025.

*/s/ Meryl Macklin*
Meryl Macklin
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center
7th Floor
San Francisco, California 94114
Telephone: (415) 268-1981
Email: meryl.macklin@bclplaw.com.

*Attorneys for Plaintiff Nutrien Ag Solutions, Inc.*

- 3 -